**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Josephine Brandon, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Vascular Access Certification Corporation, et al.,<br><br>Defendants. | No. CV-25-01538-PHX-DJH<br><br>**ORDER** |

On September 23, 2026, Defendant and Counterclaimant Vascular Access Certification Corporation ("VACC") filed a Motion to Clarify Status of Pending Counterclaims (Doc. 71).

In filing its Answer (Doc. 35) to the First Amended Complaint ("FAC"), VACC alleged multiple counterclaims against Plaintiffs/Counterclaim Defendants. (*See id.*). However, before VACC filed its counterclaims, Defendant Association for Vascular Access ("AVA") filed a Motion to Dismiss (Doc. 34) the FAC. After briefing was complete on the Motion to Dismiss, the Court issued an Order, granting AVA's Motion, dismissing the FAC in its entirety, and resolving several other matters. (Doc. 68 at 11). In so ruling, the Court further stated "Plaintiffs may seek leave to file a second amended complaint on or before September 25, 2026. If no motion is filed on or before September 25, 2026, the Clerk of Court shall terminate this matter without further Court Order." (*Id.*) As this ordering language did not account for VACC's counterclaims, the instant Motion to Clarify followed.

Because the Court has jurisdiction over VACC's counterclaims and the Court's Order on the Motion to Dismiss neglected the pendency of VACC's counterclaims, VACC's Motion to Clarify will be granted. Therefore, the Court now affirms that the Order on the Motion to Dismiss did not impact VACC's counterclaims, those claims remain pending in this matter. Further, this case will not be terminated, and the deadlines stated in the Court's Order granting Plaintiffs' Motion for Extension of Time remain in place. (*See* Doc. 70). Lastly, this Order in no way impacts any other portion of the Court's Order on AVA's Motion to Dismiss or the Order.

Accordingly,

**IT IS ORDERED** that Defendant and Counterclaimant VACC's Motion to Clarify Status of Pending Counterclaims (Doc. 71) is **GRANTED**. VACC's counterclaims remain pending, and the Clerk of Court is directed not to terminate this matter until a resolution on the counterclaims has been reached or until further Order of this Court.

Dated this 25th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge